UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-60537-CIV-SINGHAL/VALLE

ZIPORA HAVA,

    Plaintiff,

vs.

CITY OF HOLLYWOOD *et al*.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Defendant Officer Kyle Otwell's Motion for Attorney's Fees and Memorandum of Law (DE [49]) ("Motion"), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation (DE [56]) on January 28, 2025, recommending that Defendant Otwell be awarded $20,034 in attorney's fees. No objections to the magistrate judge's Report and Recommendation having been filed.

With no objections filed, the Court's review of the Report and Recommendation (DE [49]) is properly limited to a *de novo* review of only its legal conclusions. *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection."). This Court has reviewed the entire file and record and has made a *de novo* review of the issues.

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [56]) is **AFFIRMED** and **ADOPTED.** The Motion (DE [49]) is

**GRANTED IN PART**, and Defendant Otwell should be awarded $20,034 in attorney's fees.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of February 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF